1998R01072

                                        UNITED STATES DISTRICT COURT
                                          DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. JOSEPH A. GREENAWAY, JR. |
| v. | : | Criminal No. 98-265 |
| TANIA SCHAHANOF | : | **ORDER FOR DISMISSAL** |

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 98-265, against defendant Tania Schahanof, which Indictment was filed on April 28, 1998, charging the defendant with a violation of Title 18, United States Code, Section 1956, for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

      This dismissal is without prejudice.

                                          _/s/ Ralph J. Marra, Jr._
                                          RALPH J. MARRA, JR.
                                          Acting United States Attorney

      Leave of Court is granted for the filing of the foregoing dismissal.

Date: October 6, 2009

                                          HON. JOSEPH A. GREENAWAY, JR.
                                          United States District Judge